# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDY GORBY,** | : | No. 3:14cv2195 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Cohn) |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY,** | : | |
| **Defendant** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 11th day of January 2017, it is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 17) is **NOT ADOPTED**;

2) The plaintiff's objections to the report and recommendation (Doc. 18) are **GRANTED** to the extent that the Clerk of Court is directed to remand this case to the Commissioner for further proceedings consistent with the accompanying memorandum;

3) Upon remand, the Commissioner shall properly evaluate the treating psychiatrist's opinion and factor in the plaintiff's obesity into his analysis; and

4) The Clerk of Court is directed to close this case.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**